1  Bonnie J. Moran, Esq. (SBN: 190190)
   Senior Counsel, Residuals
2  Writers Guild of America, west, Inc.
   7000 W. Third Street
3  Los Angeles, California 90048
   (323) 782-4700                    Priority ✓
4  Fax: (323) 782-4816               Send ✓
   Attorney for Petitioner           Enter
5                                    Closed ✓
                                     JS-5/JS-6
6                                    JS-2/JS-3
                                     Scan Only

FILED
CLERK U.S. DISTRICT COURT
MAR 22 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2007 JAN 11 PM 1:24
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV-07-0293-SVW(SSx)

| | |
|---|---|
| Writers Guild of America, west, Inc., | CASE NO.: SVW |
| Petitioner, | [PROPOSED] ORDER AND JUDGMENT |
| vs. | DATE: 03/26/2007 |
| Off the Map Productions, LLC and Holedigger, LLC, | TIME: 1:30 PM |
| | CTRM: 6 |
| Respondents. | Honorable STEPHEN V. WILSON |

DOCKETED ON CM
MAR 23 2007
BY _____ 145

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Arbitrator's Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioner Writers Guild of America, west, Inc. ("WGAw", "Guild", "Complainant" and/or "Petitioner") was taken under submission by the Honorable Stephen V. Wilson. Respondents Off the Map Productions, LLC and Holedigger, LLC ("Respondents") were duly served with notice of the proceeding but failed to file a responsive pleading. The Court having considered the pleadings and documents on file orders as follow:

1

W:\LEGAL\Off The Map 04-CL-181\Petition to Confirm\confirm proposed order and judgment.doc

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this proceeding as follows:

1. Respondents violated Article 16.A.10. of the MBA by failing to pay the script publication fee of $5,000.00 plus past due interest of $3,262.19 calculated as of September 15, 2006, in connection with the Picture;

2. Respondents shall pay the Guild on behalf of the credited writer compensation of $5,000.00 plus accrued interest of $3,262.19 as of the date of September 15, 2006, and continuing to accrue at the rate of 1.5% per month until paid in full;

3. The Guild is assigned the right to receive all money owed to Respondents by any third party for the Picture, including but not limited to any licensee, transferee or successor in interest, subject to any prior perfected security agreement in favor of a third party, until the residuals and interest accrued thereon are paid in full;

4. The fees of the Arbitrator and the Court Reporter shall be borne equally by Respondents and the Guild pursuant to Article 11.A.5. of the MBA. The Guild shall advance payment of 100% of such fees to the Arbitrator and the Court Reporter. Respondents shall reimburse the Guild for their one-half (50%) share of the fees of the Arbitrator and Court Reporter; and

//

//

//

5. Respondents are further ordered to pay the Guild $1,500.00 in attorneys' fees and $350.00 in costs.

Dated: 3/22/07                          _____
                                        United States District Court Judge

3